

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| H.B. ELECTRONICS, INC. AND H.B. ELECTRONICS, | | No. 08-15-00353-CV |
| | § | |
| | | Appeal from the |
| Appellants, | § | |
| | | 448th District Court |
| v. | § | |
| | | of El Paso County, Texas |
| MARIA L. BUENO, | § | |
| | | (TC# 2012-DCV03302) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the agreed motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs of the appeal are taxed against the party incurring same, and this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2016.


STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.